# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | September 10, 2013 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 13-cv-00653-RPM

| | |
|---|---|
| HARRY HARDEN and<br>MELODY HARDEN, | David J. Stevens<br>Jake C. Eisenstein |
| Plaintiffs, | |
| v. | |
| KRABLOONIK, INCORPORATED, | Mary K. Strauss |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks.

Argument by Ms. Strauss.

Argument by Mr. Stevens

**ORDERED:** **Defendant's Motion to Dismiss [12], is granted with respect to plaintiffs' CCPA (Sixth) claim for relief and denied in all other respects.**

**Scheduling Conference set October 11, 2013 at 2:00 p.m.**

**2:12 p.m.**     **Court in recess.**

Hearing concluded. Total time: 13 min.