IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **September 26, 2014,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

        Has all discovery been completed?
        Is it reasonable to expect that counsel will agree on a pretrial order
            without convening a pretrial conference?
        Are any motions pending or contemplated?
        Is this a jury trial?
        What is the expected length of trial?
        What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated: July 25, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge

## **CALENDAR CALL**

**9:00 a.m.**

| | | |
|---|---|---|
| 13-cv-653 | HARRY HARDEN and<br>MELODY HARDEN v.<br>KRABLOONIK, INCORPORATED | David John Stevens<br>Mark C. Overturf<br>Mary Kathryn Strauss |
| 13-cv-01741 | LYNNELL LAMBIASE v.<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY | Trent Thomas King<br>Scott Calvin James<br>Debra K. Sutton |
| 13-cv-1939 | CHARLES KULES v.<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY | Robert Dean Wilhite, III<br>Sandra Lynn Hagen<br>Debra K. Sutton |
| 13-cv-3142 | COMMERCIAL INDUSTRIAL BUILDING OWNERS<br>  ALLIANCE, INC., a/k/a<br>CIBA INSURANCE SERVICES, INC., as subrogee of<br>TAMARISK TOWNHOME ASSOCIATION, INC., v.<br>MASCO CORPORATION and<br>MASCO CORPORATION OF INDIANA d/b/a<br>DELTA FAUCET COMPANY | Reza Darius Rismani<br>Kathleen J. Johnson<br>Michael Ennio Bonifazi |
| 13-cv-3428 | 4320 MORRISON LLC v.<br>AUTO-OWNERS INSURANCE CO.<br>Scheduling Conference | W. Randolph Barnhart<br>Melissa A. Hailey<br>Amanda M. Burke |
| 13-cv-3508 | MARK EVANS v.<br>TYNAN'S NISSAN, INC., d/b/a Tynan's Nissan | Karen Virginia Larson<br>Brendan L. Loy<br>William Rogers, III |
| 14-cv-150 | SEAN ALEXANDER and<br>CINDY ALEXANDER v.<br>LIBERTY ACQUISITIONS SERVICING, LLC | Daniel James Vedra<br>Steven K. Wienczkowski |