IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00653-RPM

HARRY HARDEN and
MELODY HARDEN,

      Plaintiffs,

v.

KRABLOONIK, INCORPORATED,

      Defendant.

___

ORDER SETTING TRIAL DATE
___

Pursuant to the calendar call today, it is

ORDERED that this matter is set for trial to jury on **March 9, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

Counsel directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on February 9, 2015.**

DATED: September 26, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge