IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00653-RPM

HARRY HARDEN and
MELODY HARDEN,

     Plaintiffs,

v.

KRABLOONIK, INCORPORATED,

_____

ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF MICHAEL ROBINSON
_____

     Upon consideration of Plaintiffs' Motion to Strike the Testimony of Defendant's Expert Michael Robinson [Doc. 43], the defendant's response [Doc. 51] and the plaintiffs' reply [Doc. 52], it is

     ORDERED that the plaintiffs' motion to strike is granted.  The purported testimony of the defendant's expert is inadmissible.  It is

     FURTHER ORDERED that the plaintiffs' motion for enlargement of time [Doc. 44] is moot.

     DATED: December 31st, 2014

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior Judge