IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00653-RPM

HARRY HARDEN and
MELODY HARDEN,

      Plaintiffs,

v.

KRABLOONIK, INCORPORATED,

_____

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

Upon consideration of the motion of defendant Krabloonik, Incorporated, for summary

judgment [55] filed January 5, 2015, with attachments, it is

ORDERED that the motion for summary judgment is denied.  It is

FURTHER ORDERED that a pretrial conference will be scheduled.

DATED: January 6th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge