**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 6, 2015
Courtroom Deputy:      Emily Buchanan
FTR Technician:        Kathy Terasaki

---

Civil Action No. 13-cv-00653-RPM            Counsel:

HARRY HARDEN, and                           David Hersh
MELODY HARDEN,                              Jacob Eisenstein

      Plaintiffs,

v.

KRABLOONIK, INCORPORATED, and               Mark Overturf
JOHN AND JANE DOES 1-10,                    Mary Strauss

      Defendants.

---

## COURTROOM MINUTES

**PRETRIAL CONFERENCE**

**10:48 a.m.**     **Court in session.**

Discussion regarding counsel taking videotape depositions, issues concerning experts, revising Plaintiffs' exhibit list, a claim of negligence, damages and economic loss, reaching stipulations as to exhibits, trial procedures, and timing of expert testimony.

**ORDERED:** On or before **February 27, 2015**, counsel shall provide the Court with copies of the deposition transcripts with the plaintiff's designations highlighted in yellow and the defendant's designations highlighted in blue and objections marked and identified in red in the columns.

**ORDERED:** Defendant is not a common carrier as defined by C.R.S. § 40-1-102(3)(a)(I).

**ORDERED:** This case is not governed by the Colorado Premises Liability Act.

**ORDERED:** The pending misdemeanor charges against Daniel MacEachen are not admissible.

**ORDERED:**   The Court will let the jury consider the exculpatory waivers signed by the Plaintiffs.

**ORDERED:**   Defendant will not be compelled to provide Musher Incident Reports subsequent to the January 20, 2012 incident.

**ORDERED:**   North Carolina workers compensation law is irrelevant in this case.

**ORDERED:**   The Court will not permit Plaintiffs to play selective portions of Mr. MacEachen's 30(b)(6) testimony in their case in chief. The Court's ruling also applies to any witness who has been videotaped during his/her deposition but presenting live testimony.

**ORDERED:**   If counsel desire to limit the jury pool to the seven counties of the Denver metro area, they shall file a stipulation with the Court no later than **February 16, 2015**.

**ORDERED:**   On or before **March 2, 2015**, counsel shall deliver to chambers proposed jury instructions and proposed voir dire in paper format.

**ORDERED:**   Defendant Krabloonik, Inc.'s Motion to Exclude Expert Testimony of Myron Angstman (Doc. No. 56) is **DENIED**.

**ORDERED:**   Defendant Krabloonik, Inc.'s Motion to Exclude Expert Testimony of Ric Robinette (Doc. No. 57) is **DENIED**.

Final Pretrial Order entered.

**11:17 a.m.    Court in recess.**

Hearing concluded.  Total time:     29 min.