**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00653-RPM-KLM

HARRY HARDEN, AND
MELODY HARDEN,

    Plaintiffs,

v.

KRABLOONIK, INCORPORATED,
JOHN AND JANE DOES 1-10,

    Defendants.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Final Judgment is hereby entered.

Pursuant to the offer of judgment served on February 11, 2015 and the acceptance thereof filed February 27, 2015, with proof of service, it is

ORDERED that judgment is hereby entered for Plaintiff MELODY HARDEN and against Defendant KRABLOONIK, INCORPORATED, in the amount of $750,000.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.22% from the date of entry of judgment.

    Dated at Denver, Colorado this 2nd day of March, 2015.

                                                    FOR THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                    By:  s/   Edward P. Butler
                                                  Deputy Clerk